# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>ALICIANNA LYNNZIE CLARK,<br><br>　　　　　　　Defendant. | Case No. 1:24-CR-2073-RLP-1<br><br>**CRIMINAL MINUTES**<br><br>DATE:  10/9/2025<br><br>LOCATION:  Yakima<br><br>SENTENCING |

**JUDGE REBECCA L. PENNELL**

| Ruby Mendoza, Yakima<br>Linda Hansen, Spokane<br>**Courtroom Deputy** | **Law Clerk** | **Interpreter** | Marilynn McMartin<br><br>**Court Reporter** |
|---|---|---|---|
| Benjamin Seal<br>**Government Counsel** | | Nick Mirr<br>**Defense Counsel** | |

[ X ] Open Court                                                       [ X ] Probation:  Jennifer Dykstra

Defendant is in custody of the US Marshal and present in the courtroom with counsel.

The Court advised the parties of the documents reviewed in preparation for sentencing. The Court and counsel discussed an outstanding objection to the Presentence Report. The Court overruled the objection and adopted the report as written. The Court provided calculations of the Sentencing Guidelines with no objections.

Ben Seal presented sentencing recommendations on behalf of the Government.

Nick Mirr provided sentencing recommendations on behalf of the Defendant.

The Defendant addressed the Court on her own behalf.

The Court addressed the Defendant and pronounced sentence.

**Imprisonment:**  151 months
**Supervised Release**:  5 years with mandatory, standard and special conditions of release as set forth in the Presentence Report.
**Fine:**  Waived
**Special Penalty Assessment:**  $100.00

Appeal rights given to the extent they were not waived in the Plea Agreement.

The Court will recommend the Defendant participate in RDAP, Female Integrated Treatment (FIT), and DBT (Dialectal Behavioral Therapy)

The Court Granted the motion to seal Dr. Cosby's report.

Counts 2-4 are Dismissed on motion by the Government.

Defendant is remanded to the custody of the US Marshal.

| CONVENED: 10:24 AM | ADJOURNED: 11:02 AM | TIME: 38 MINS | [ X ] JUDGMENT FORTHCOMING |
|---|---|---|---|